**Order entered October 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00769-CV

### CHRISTOPHER EDGAR, BRYAN EDGAR, GARRY EDGAR, KYLE BEBEE, JUSTIN TRIAL, AND CLEAR FORK WIRELINE LLC, Appellants

### V.

### INTEGRITY WIRELINE AND OILFIELD SERVICES, LLC, INTEGRITY WIRELINE HOLDINGS, LLC, STEVEN SMATHERS, AND JAMES E. SOWELL, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14239**

## ORDER

Before the Court is appellees' October 9, 2018 unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 8, 2018. As this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/     DAVID EVANS
        JUSTICE